# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

JOHN FILS AND DEMITRIA FILS,
INDIVIDUALLY AND ON BEHALF
OF GENEVA MARIE FILS

NO.  2020 CW 0121

VERSUS

ALLSTATE INSURANCE COMPANY,
CHARLES T. GUIDRY, JENNIFER
R. HAYES, MAYOLA CALAIS,
STATE OF LOUISIANA THROUGH
THE DEPARTMENT OF SOCIAL
SERVICES AND/OR DEPARTMENT
OF HEALTH & HOSPITALS AND/OR
OFFICE OF COMMUNITY SERVICES
AND USAGENCIES CASUALTY
INSURANCE COMPANY

**FEBRUARY 7, 2020**

---

In Re:    State of Louisiana through the Department of Social
          Services, Office of Community Services, applying for
          supervisory writs, 19th Judicial District Court,
          Parish of East Baton Rouge, No. 553321.

---

**BEFORE:   HIGGINBOTHAM, PENZATO, AND LANIER, JJ.**

   **WRIT DENIED.   STAY DENIED AS MOOT.**

                         **AHP**
                         **WIL**

   **Higginbotham, J.,** dissents.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
     FOR THE COURT